

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

STEPHEN S. MOLSON          DOCKET NO. 10-CV-1638 SEC. P

VERSUS          JUDGE DEE D. DRELL

WARDEN MARINA MEDINA          MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this _5_ day of _April_, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE